IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>VS.<br><br>**BENTRICE TURNER,**<br><br>Defendant | **NO. 5: 08-MJ-10-08 (CWH)**<br><br>REMOVAL PROCEEDINGS<br>NO. 1: 02-CR-18-03-CC — N. D. Georgia |

# O R D E R

The above-named defendant is charged with violation of conditions of supervised release in a PETITION FOR WARRANT AND ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED based on a sentence imposed upon him in the U. S. District Court for the Northern District of Georgia on December 12, 2002, by the Honorable Clarence Cooper, district judge.

Brief Description of Allegations in Petition:

(1) Illegal drug usage on or about September 18, 2007 and May 16, 2007; and,

(2) Violation of state law by committing the offense of Aggravated Assault on a Peace Officer, etc. on or about August 19, 2008.

After a hearing this day convened under provisions of Rule 5 and/or 40 of the Federal Rules of Criminal Procedure, the undersigned finds that pertinent documentation has been provided to the defendant and that the IDENTITY of said defendant has been admitted by him.

The court further finds that release from custody subject to supervised release conditions is appropriate, there being no serious risk of flight or danger to the community.

Accordingly, IT IS ORDERED AND DIRECTED that defendant Turner be released from custody forthwith subject to continued supervision and that he appear before the judicial officer presiding in the U.S. District Court for the Northern District of Georgia, 75 Spring Street N.W., Atlanta, Georgia for a FINAL REVOCATION HEARING at a time and date to be set by that court.

SO ORDERED AND DIRECTED, this 29th day of OCTOBER, 2008.

CLAUDE W. HICKS, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE